```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHEYENNE C. HARDING,                      :
                    Plaintiff,            :
                                          :
v.                                        :   ORDER
                                          :
STATE TROOPER TIMOTHY FINNEGAN,           :   22 CV 6285 (VB)
INVESTIGATOR TIMOTHY P. GOULD, and        :
INVESTIGATOR WOLLMAN,                     :
                    Defendants.           :
--------------------------------------------------------------x
```

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

3/7/2024

This action, in which plaintiff is proceeding pro se and in forma pauperis, has been reassigned to the undersigned as related to Brooks v. Finnegan, No. 22-cv-6283 (VB) (S.D.N.Y. filed July 24, 2022) (the "Related Case").

Because plaintiff is proceeding in forma pauperis, she is entitled to rely on the Court and the U.S. Marshals Service to effect service on defendants. The docket reflects that an Order of Service was issued on August 8, 2022 (Doc. #7), but that the Marshals' attempts to serve each defendant on September 8, 2022, were unsuccessful. (See Docs. ##11–13).

Because a summons for each defendant was issued on August 10, 2022, plaintiff's time to serve defendants under Rule 4(m) of the Federal Rules of Civil Procedure expired on November 8, 2022. However, in light of plaintiff's pro se and in forma pauperis status, the Court sua sponte extends plaintiff's time to serve defendants under Rule 4(m) to May 7, 2024.

The Court notes that the individuals sued herein are the same individuals sued in the Related Case. Jennifer L. Goltche, Esq., of the New York State Office of the Attorney General, has entered an appearance on behalf of the defendants in the Related Case. **In the interest of efficient case management, and the obligation of parties to a federal action to "secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P.**

**1, by March 21, 2024, Ms. Goltche shall submit a letter indicating whether her office will accept service of process on behalf of defendants in this action.**

    Chambers will email a copy of this Order to Ms. Goltche at the Attorney General's office.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 7, 2024
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge