

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

March 20, 2023

**Via ECF**
The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *Harding v. Finnegan, et al.*, 22 Cv 6285 (VB)

Dear Judge Briccetti:

I represent Defendants Finnegan, Wollman, and Gould in the above-captioned case and write in response to the Court's March 7, 2024 Order regarding accepting service of process. ECF No. 14. In response to that Order and in the interest of efficiency, the Office of the Attorney General will accept service on behalf of Defendants.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/
Jennifer L. Goltche
Assistant Attorney General

Cc:   **BY U.S. Mail**
Cheyenne Harding
1137 Meaderboro Road
Farmington, New Hampshire 03835
*Pro se*

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● www.ag.ny.gov