UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHEYENNE C. HARDING,
                Plaintiff,

v.

                                             **ORDER**

TROOPER TIMOTHY H. FINNEGAN;
INVESTIGATOR TIMOTHY P. GOULD;             22 CV 6285 (VB)
INVESTIGATOR JAMES WOLLMAN; and
OTHER STATE POLICE EMPLOYEES, in
their individual and official capacities,
                Defendants.
--------------------------------------------------------------x

      On March 20, 2024, the New York State Office of the Attorney General filed a letter indicating that it represented defendants Finnegan, Gould, and Wollman and will accept service on their behalf. (Doc. #15). On March 21, 2024, Jennifer L. Goltche appeared on behalf of defendants Finnegan, Gould, and Wollman and requested that all papers be served, and all further correspondence and/or electronic notices be sent, to Ms. Goltche. (Doc. #16). Defendants had not previously been served with the complaint pursuant to Fed. R. Civ. P. 4.

      Therefore, it is SO ORDERED:

      Defendants are directed to answer, move, or otherwise respond to plaintiff's complaint (Doc. #2) by April 22, 2024.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 22, 2024
       White Plains, NY

                                             SO ORDERED:

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti                 Vincent L. Briccetti
                                               United States District Judge