```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHEYENNE C. HARDING,                                          :
                        Plaintiff,                            :
                                                              :
v.                                                            :
                                                              :   ORDER
TROOPER TIMOTHY H. FINNEGAN;                                  :
INVESTIGATOR TIMOTHY P. GOULD;                                :   22 CV 6285 (VB)
INVESTIGATOR JAMES WOLLMAN; and                               :
OTHER STATE POLICE EMPLOYEES, in                              :
their individual and official capacities,                     :
                        Defendants.                           :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/24

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

On April 22, 2024, defendants moved to dismiss the complaint for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim under Rule 12(b)(6).  (Doc. #19).

Accordingly, it is hereby ORDERED that:

1. Plaintiff's opposition to defendants' motion to dismiss shall be filed by **May 22, 2024**. The Court will mail plaintiff a copy of the Motions Guide for Pro Se Litigants, which describes the procedure for a motion to dismiss.  Plaintiff is expected to review the Motions Guide and follow the instructions therein.

2. Defendants' reply, if any, is due **June 5, 2024**.

Chambers will mail a copy of this Order, as well as a copy of the Motions Guide, to plaintiff at the address listed on the docket.

Dated: April 25, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1