```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHEYENNE C. HARDING,
              Plaintiff,

v.

TROOPER TIMOTHY H. FINNEGAN;
INVESTIGATOR TIMOTHY P. GOULD;
INVESTIGATOR JAMES WOLLMAN; AND
OTHER STATE POLICE EMPLOYEES, in
their individual and official capacities,
              Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6285 (VB)

Copies Mailed/Faxed 5/30/24
Chambers of Vincent L. Briccetti

        On April 22, 2024, defendants moved to dismiss the complaint for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim under Rule 12(b)(6). (Doc. #19). Defendants filed a certificate of service indicating the motion, as well as a Notice to Pro Se Litigant Opposing Motion to Dismiss (Doc. #21), were mailed and e-mailed to plaintiff on April 22, 2024. (Doc. #22).

        On April 25, 2024, the Court issued an Order directing plaintiff to file her opposition by May 22, 2024, and mailed a copy of its Order to plaintiff at the address on the docket. (Doc. #23). To date, plaintiff has failed to oppose or otherwise respond to the motion.

        **The Court sua sponte extends plaintiff's time to oppose the motion to June 27, 2024. If plaintiff fails to oppose or otherwise respond to the motion by June 27, the Court will deem the motion fully submitted and unopposed.**

        Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: May 30, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge