USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHEYENNE C. HARDING,
                Plaintiff,

v.

TROOPER TIMOTHY H. FINNEGAN;
INVESTIGATOR TIMOTHY P. GOULD;
INVESTIGATOR JAMES WOLLMAN; AND
OTHER STATE POLICE EMPLOYEES, in
their individual and official capacities,
                Defendants.
------------------------------------------------------------x

**ORDER**

22 CV 6285 (VB)

Copies Mailed/Faxed 7/8/24 DT
Chambers of Vincent L. Briccetti

       On April 22, 2024, defendants moved to dismiss the complaint for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim under Rule 12(b)(6). (Doc. #19). Defendants filed a certificate of service indicating the motion, as well as a Notice to Pro Se Litigant Opposing Motion to Dismiss (Doc. #21), were mailed and e-mailed to plaintiff on April 22, 2024. (Doc. #22).

       On April 25, 2024, the Court issued an Order directing plaintiff to file her opposition by May 22, 2024, and mailed a copy of its Order to plaintiff at the address on the docket. (Doc. #23). Plaintiff did not oppose or otherwise respond to the motion by May 22. The Court then sua sponte extended plaintiff's time to file her opposition to June 27, 2024. (Doc. #24). The Court warned plaintiff that failure to oppose or otherwise respond to the motion by June 27 would result in the Court deeming the motion fully submitted and unopposed. (Id.).

       To date, plaintiff has failed to oppose or otherwise respond to the motion.

       **Accordingly, defendants' motion to dismiss is deemed fully submitted and unopposed, and the Court will decide the motion in due course.**

       Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to nh_cherokee@yahoo.com.

Dated: July 8, 2024
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge