**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHEYENNE C. HARDING,

                      Plaintiff,

       -against-                                 22 **CIVIL** 6285 (VB)

                                                     <u>**JUDGMENT**</u>

INVESTIGATOR TIMOTHY P. GOULD;
TROOPER TIMOTHY H. FINNEGAN;
INVESTIGATOR JAMES WOLLMAN; and
OTHER STATE POLICE EMPLOYEES, in
their individual and official capacities,

                      Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated August 9, 2024 and Order dated September 26,

2024, The motion to dismiss is GRANTED. Judgment is hereby entered for the defendants. All

of plaintiff's claims are dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any

appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is

denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45

(1962); accordingly, the case is closed.

**Dated:** New York, New York

        September 26, 2024

                                                 **DANIEL ORTIZ**
                                      _____
                                         **Acting Clerk of Court**

                    **BY:**  _____
                                         **Deputy Clerk**